1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  ARMANDO HERNANDEZ MARTINEZ,

10                        Petitioner,

11        v.

12  NEIL CLARK,

13                        Respondent.

14

CASE NO.  C07-1497-RSM-JPD

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME
AND RE-NOTING PETITIONER'S
MOTION FOR RELEASE ON BOND

15        On September 25, 2007, petitioner, proceeding pro se, filed a Petition for Writ of

16  Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging the lawfulness of his detention by the

17  U.S. Immigration and Customs Enforcement ("ICE").[1]  (Dkt. #6).  Petitioner requests that he be

18  released from custody, contending that he is a native Indian and a United States citizen.  *Id.*[2]  On

19

20        [1]Petitioner initially failed to pay the $5.00 filing fee or submit an application for *In
    Forma Pauperis* ("IFP") status.  (Dkt. #3).  Petitioner subsequently corrected the IFP deficiency
21  on October 9, 2007, and respondent was served with the habeas petition on October 12, 2007.
    (Dkts. #8 and #9).
22

23        [2]Petitioner indicates that he has filed a Petition for Review and a stay of removal with the
    Ninth Circuit Court of Appeals.  (Dkt. #6).
24

25  ORDER GRANTING RESPONDENT'S MOTION
    FOR EXTENSION OF TIME AND RE-NOTING
    PETITIONER'S MOTION FOR RELEASE ON BOND
26  PAGE – 1

November 8, 2007, petitioner filed a "Motion for Release on Bond Pending Adjudication and Request for Stay." (Dkt. #11). The habeas petition and the motion seek the same relief – release from detention.

On November 13, 2007, respondent filed the instant "Motion for Extension of Time in which to file Return," arguing that "ICE requires additional time to investigate Petitioner's serious, though unsupported, allegations." (Dkt. #12 at 1). Respondent asserts that petitioner has used or has been known by over eleven names, and that while petitioner alleges that he is a U.S. citizen, it appears from all available information that he is a native and citizen of Mexico. *Id.* Respondent further requests that the Court re-note petitioner's motion for release for December 14, 2007, so that respondent can file a response to petitioner's motion at the same time as his return to petitioner's habeas petition.

Upon review of the record, the Court does hereby ORDER:

(1) Respondent's request for an extension of time (Dkt. #12) is GRANTED. Petitioner requests in his habeas petition (Dkt. #6) and motion for release (Dkt. #11) that the Court order his immediate release from detention. While petitioner raises serious questions in his habeas petition – that he is a United States citizen and that he is being unlawfully detained by ICE – he provides no documentation in support of his claims. Moreover, petitioner has used or been known by numerous names in his dealings with ICE, requiring additional time for respondent to "make a return certifying the true cause of the detention." *See* 28 U.S.C. § 2243. Accordingly, the Court finds that respondent's request for an extension of time is warranted.

(2) Respondent shall have until December 10, 2007, in which to serve and file his Return to the Habeas Petition.

ORDER GRANTING RESPONDENT'S MOTION
FOR EXTENSION OF TIME AND RE-NOTING
PETITIONER'S MOTION FOR RELEASE ON BOND
 PAGE - 2

1       (3) The Clerk is directed to RE-NOTE petitioner's motion for release (Dkt. #11) on the

2  Court's calendar for consideration on December 14, 2007.

3       (4) The Clerk is directed to forward a copy of this Order to petitioner, all counsel of

4  record, and to the Honorable Ricardo S. Martinez.

5       DATED this 20th day of November, 2007.

6

7

8                JAMES P. DONOHUE
                United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  ORDER GRANTING RESPONDENT'S MOTION
    FOR EXTENSION OF TIME AND RE-NOTING
    PETITIONER'S MOTION FOR RELEASE ON BOND

26  PAGE - 3