1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   ARMANDO HERNANDEZ MARTINEZ,

10                      Petitioner,

11       v.

12   NEIL CLARK,

13                      Respondent.

14

CASE NO.  C07-1497-RSM-JPD

ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME AND RE-NOTING PETITIONER'S MOTION FOR RELEASE ON BOND

15   On September 25, 2007, petitioner, proceeding pro se, filed a Petition for Writ of

16   Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging the lawfulness of his detention by the

17   U.S. Immigration and Customs Enforcement ("ICE").  (Dkt. #6).  Petitioner requests that he be

18   released from custody, contending that he is a native Indian and a United States citizen.  *Id.*

19   Petitioner has filed a Petition for Review with the Ninth Circuit Court of Appeals and a

20   temporary stay of removal is in effect.  *See Martinez v. Gonzales*, No. 07- 73769.  On

21   November 8, 2007, petitioner filed a "Motion for Release on Bond Pending Adjudication and

22   Request for Stay." (Dkt. #11).  The habeas petition and the motion seek the same relief – release

23   from detention.

24
25   ORDER GRANTING RESPONDENT'S SECOND
     MOTION FOR EXTENSION OF TIME AND RE-NOTING
     PETITIONER'S MOTION FOR RELEASE ON BOND
26   PAGE – 1

On December 10, 2007, respondent filed the instant "Second Motion for Extension of Time in which to file Return," requesting additional time to investigate petitioner's "serious, though unsupported claim that he is a United States citizen." (Dkt. #14 at 2).  Respondent further requests that the Court re-note petitioner's motion for release for January 11, 2007, so that respondent can file a response to petitioner's motion at the same time as his return to petitioner's habeas petition.

Upon review of the record, the Court does hereby ORDER:

(1) Respondent's second request for an extension of time (Dkt. #14) is GRANTED.  Respondent shall have until January 7, 2008, in which to serve and file his Return to the Habeas Petition.

(3) The Clerk is directed to RE-NOTE petitioner's motion for release (Dkt. #11) on the Court's calendar for consideration on January 11, 2008.

(4) The Clerk is directed to forward a copy of this Order to petitioner, all counsel of record, and to the Honorable Ricardo S. Martinez.

DATED this 11th day of December, 2007.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge